IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

URI FRIED,

    Plaintiff,

v.

SURREY VACATION RESORTS, INC.
d/b/a LEGAL RECOVERY SERVICES,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-534-bbc

---

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED THAT judgment is entered in favor of defendant Surrey Vacation Resorts, Inc. d/b/a Legal Recovery Services dismissing plaintiff Uri Fried's complaint without prejudice.

_____
Peter Oppeneer, Clerk of Court

MAR - 9 2009
Date